FILED

NOT FOR PUBLICATION

JUN 13 2013

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

|                                    |                              |
| ---------------------------------- | ---------------------------- |
| UNITED STATES OF AMERICA,          | No. 11-10552                 |
| Plaintiff - Appellee,              | D.C. No. 4:11-cr-00302-DCB   |
| v.                                 |                              |
| RAMON RODRIGUEZ-MORGAN,            | MEMORANDUM[*]                |
| Defendant - Appellant.             |                              |

Appeal from the United States District Court
for the District of Arizona
Philip G. Reinhard, District Judge, Presiding[**]

Submitted June 10, 2013[***]

Before: HAWKINS, McKEOWN, and BERZON, Circuit Judges.

Ramon Rodriguez-Morgan appeals from the district court's judgment and

challenges his guilty-plea conviction and 44-month sentence for reentry after

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**] The Honorable Philip G. Reinhard, Senior United States District Judge for the Northern District of Illinois, sitting by designation.

[***] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

deportation, in violation of 8 U.S.C. § 1326.  Pursuant to *Anders v. California*, 386

U.S. 738 (1967), Rodriguez-Morgan's counsel has filed a brief stating there are no

grounds for relief, along with a motion to withdraw as counsel of record.  We have

provided Rodriguez-Morgan the opportunity to file a pro se supplemental brief.

No pro se supplemental brief or answering brief has been filed.

Rodriguez-Morgan has waived his right to appeal his conviction and

sentence.  Our independent review of the record pursuant to *Penson v. Ohio*, 488

U.S. 75, 80 (1988), discloses no arguable issue as to the validity of the waiver.  *See*

*United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009).

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**